**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHERYL GLAZIER, *et al.*,

                   Plaintiffs,                  Case No. 20-cv-12540
                                                      Hon. Matthew F. Leitman

v.

TRUE NORTH ENERGY, LLC, *et al.*,

                   Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE JOINT MOTION FOR *IN CAMERA* REVIEW AND APPROVAL OF FLSA SETTLEMENTS (ECF No. 36)

On August 12, 2021, Plaintiffs Cheryl Glazier, Randi Wright, Amanda Cape, and Kelly Robare, opt-in Plaintiffs Heather Robotham, Jessica Miller, and Lori Miller-Tidey, and Defendants True North Energy, LLC ("TNE") and True North Management, LLC ("TNM") filed a joint motion in which they ask the Court to (1) conduct an *in camera* review of the parties' confidential settlement agreements, (2) approve the settlement agreements, and (3) enter a stipulated order dismissing the claims against TNE and TNM with prejudice. (*See* Mot., ECF No. 36.) The Court held a video hearing on the motion on October 1, 2021.

For the reasons explained during the hearing, the motion is **DENIED WITHOUT PREJUDICE**. As discussed on the record, the parties may re-file a new motion seeking approval of the settlements and for permission to file a portion

of the settlement agreements under seal.  When the parties file that motion, they may

file the settlement agreements under seal so that the Court can conduct an *in camera*

review of those agreements.  Once the Court does so, it will determine what portions

of the settlement agreements may remain permanently under seal.

       **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2021

       I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2021, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (810) 341-9764