UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL GLAZIER, RANDI
WRIGHT, AMANDA CAPE and
KEELY ROBARE,

    Plaintiffs,

v.

TRUE NORTH ENERGY, LLC, TRUE
NORTH MANAGEMENT, LLC, and
SCHMUCKAL OIL COMPANY,

    Defendants.

Case No. 20-cv-12540
Hon. Matthew F. Leitman

## STIPULATED ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENTS AND DISMISSING CASE

This matter having come before the Court on the Parties' Joint Motion to Approve FLSA Settlements [Dkt. No. 40], the parties having stipulated to this Order, and the Court having been otherwise fully advised in the premises:

**IT IS ORDERED** that the Parties' Joint Motion to Approve FLSA Settlements [Dkt. No. 40] is GRANTED. The Court finds that the Parties' Settlement is fair, reasonable and just in all respects.

**IT IS FURTHER ORDERED** that the Parties have filed redacted versions of settlement agreements on the public docket.

**IT IS FURTHER ORDERED** that this Court grants the Parties leave to file unredacted versions of the settlement agreements under seal.

**IT IS FURTHER ORDERED** that this Action is DISMISSED WITH PREJUDICE in its entirety.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2022

APPROVED AS TO FORM AND CONTENT:

*/s/ Noah S. Hurwitz*
Noah S. Hurwitz (P74063)
HURWITZ LAW PLLC
Attorneys for Plaintiff

*/s/ Courtney L. Nichols (w/permission)*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorneys for Defendant Schmuckal Oil Company

*/s/ Julie A. Douglas (w/permission)*
Julie A Douglas (P71478)
LYDEN, CHAPPELL & DEWHIRST, LTD.
Attorneys for Defendants True North Energy, LLC and True North Management, LLC

2